**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL HORSLEY | ) | CASE NO. 18-07385-JMC-7 |
| | ) | |
| DEBTOR | ) | |

**TRUSTEE'S REPORT OF POSSIBLE ASSETS AND**
**NOTICE OF PROPOSED ABANDONMENT OF PROPERTY**

Michael J. Hebenstreit, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002(c)(5).

**NOTICE IS HEREBY GIVEN** that all scheduled assets will be abandoned from the estate **EXCEPT** the following described property:

| | **Description** | **Amount** |
|---|---|---|
| 1 | Possible Non-exempt interest in 2018 income tax refunds | UNKNOWN |

Date: November 8, 2018

/s/ Michael J. Hebenstreit, Trustee
151 N. Delaware St. #2000
Indianapolis, IN 46204
Phone: (317) 638-5555
FAX: (317) 638-5533
mjh@whzlaw.com